IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROMANCE GUNN,

                Plaintiff,

  v.

WARDEN LARRY FUCHS, DEPUTY WARDEN
GLASS, SECURITY DIRECTOR RYAN BLOUNT, CO
II BORTZ, CO III MOORE, CO II HILL, and
CAPTAIN HINTON,

                Defendants.

OPINION and ORDER

25-cv-56-jdp

---

      Plaintiff Romance Gunn, proceeding without counsel, alleged that defendants left him handcuffed in his cell even though he had a concussion and disregarded the risk that he would pass out. Dkt. 1. I dismissed Gunn's complaint for failure to state a claim for which I could grant relief. Dkt. 10. I gave Gunn until December 4, 2025, to amend the complaint to fix that problem, and I cautioned him that I would dismiss the case if he failed to comply with my screening order. Gunn did not amend the complaint. Nor did he seek an extension of time to complete that task or otherwise explain his failure to comply with my screening order.

      I will dismiss the complaint for failure to state a claim for the reasons in my screening order, and I will direct the clerk to record a strike against Gunn under 28 U.S.C. § 1915(g). *See Paul v. Marberry*, 658 F.3d 702, 705 (7th Cir. 2011) ("[W]hen . . . the plaintiff is told to amend his . . . complaint and fails to do so, the proper ground of dismissal is not want of prosecution but failure to state a claim, one of the grounds in section 1915(g) for calling a strike against a prisoner plaintiff."); *see also Boyd v. Bellin*, 835 F. App'x 886, 889 (7th Cir. 2021) (affirming district court's dismissal, which issued a strike based on plaintiff's failure to

state a federal claim, and acknowledging relinquishment of supplemental jurisdiction over negligence claim).

ORDER

IT IS ORDERED that:

1. Plaintiff Romance Gunn's complaint, Dkt. 1, is DISMISSED with prejudice for failure to state a claim for which I could grant relief.

2. A strike is to be recorded against plaintiff under 28 U.S.C. § 1915(g).

3. The clerk of court is directed to enter judgment and close the case.

Entered January 6, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge